STATE OF NEW JERSEY v. ANGEL ACOSTA RODRIGUEZ.

June 8, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. ANGEL ACOSTA RODRIGUEZ.

June 8, 1983.

Cross-petition for certification denied.

CRESCENT PARK TENANTS ASSOCIATION INC.
v. RENT LEVELING BOARD OF THE CITY
OF EAST ORANGE.

June 8, 1983.

Petition for certification denied.

JOSEPH SANZARI v. CENTRAL BERGEN HEATING &
APPLIANCE CO., INC.

June 8, 1983.

Petition for certification denied.